*Hall, Grice & Bloch,* for defendants.

---

TOWERS *v.* CITY LAND CO. *et al.* TOWERS *v.* CITIZENS BANK.

GILBERT, J. Under the ruling in *Rooks* v. *Hart Investment Co.,* ante, the writs of error in these cases must be

*Dismissed. All the Justices concur, except George, J., dissenting.*

Nos. 1924, 1925. DECEMBER 18, 1920. REHEARING DENIED JANUARY 14, 1921.

Motions to set aside verdicts. Before Judge Wright. Floyd superior court. February 2, 1920.

*Henry Walker,* for plaintiff in error. *Denny & Wright,* contra.